No. 14–0494/AR. U.S. v. Alfred E. Esposito. CCA 20120125. Appellant's **second** motion to extend time to file the supplement to the petition for grant of review granted, **up to and including May 1, 2014,** and **absent extraordinary circumstances, no further extension of time will be granted in this case.**

No. 14–0536/NA. U.S. v. Griffin J. Chrastina. CCA 201200464. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 13, 2014.

Monday, April 28, 2014

Misc. No. 14–8013/MC. Daniel J. Jimenez, Appellant v. United States, Appellee. CCA 200900010. On consideration of the writ–appeal petition, it is ordered that said petition is hereby denied.